# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159953

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* BURTIS/CARTER, Minors.

SC: 159953
COA: 346517
Monroe CC Family Division:
16-023914-NA

_____/

On order of the Court, the application for leave to appeal the June 25, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2019



Clerk

s0904m